Name: KENNY W. KVASNIKOFF
Prison Number: 222897
Place of confinement: GOOSE CREEK CORRECTIONAL
Mailing address: 22301 W. ALSOP RD.
City, State, Zip: WASILLA ALASKA 99623
Telephone:

RECEIVED
NOV 15 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

KENNETH WAYNE KVASNIKOFF,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

STATE OF ALASKA,
JUDGE SEIFERRT,
HOMER COURT,
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:21-CV-00253-SLG
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of KENNY KVASNIKOFF,
(print your name)

who presently resides at GOOSE CREEK CORRECTIONAL,
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __JUDGE SIEFFERT__ (name) is a citizen of __AK__ (state), and is employed as a __JUDGE IN HOMER AK__ (defendant's government position/title).

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__XX__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ (name) is a citizen of _____ (state), and is employed as a _____ (defendant's government position/title).

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ (name) is a citizen of _____ (state), and is employed as a _____ (defendant's government position/title).

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __Oct. 2019__, my civil right to
(Date)
__EIGHTH AMENDMENT BAIL__
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by __JUDGE SIEFERRT / HOMER AK. COURT__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

1.) MY FIRST BAIL REVIEW JUDGE SIEFERRT WANTED A POTENTIAL 3RD PARTY CUSTODIAN WHICH I PROVIDED.

2.) AT MY SECOND BAIL REVIEW JUDGE SEIFERRT "UPPED THE ANTE" AND ADDED ANOTHER PROVISION TO BAIL. APPLING ELECTRONIC MONITERING, WHICH I MET, THREW V.I.P. ALASKA SERVICES.

3.) JUDGE SEIFERRT "UPPED THE ANTE" AGAIN SAYING THAT V.I.P. ALASKA DID'NT HAVE THE PROPER SERVICES.

4.) I KENNY KVASNIKOFF SERVED 481 DAYS WITH V.I.P. AK. ON A PRIOR D.U.I. CHARGE WITH NO ISSUES, NO VIOLATIONS.

5.) ALASKA CONSTITUTION ART. I SECTION 11 RIGHTS OF THE ACCUSED. BEING INNOCENT UNTIL PROVEN GUILTY I KENNY KVASNIKOFF BORN IN KODIAK AK. U.S.A. IS ENTITLED TO RESONABLE BAIL.

6.) DYER V. STATE 666 P.2D 438 ALASKA COURT OF APPEALS

7.) EIGHTH AMENDMENT BAIL VIOLATION

8.) CASE NO. 3HO-19-00261 CR.

Prisoner § 1983 - 3
PS01, Nov. 2013

Case 3:21-cv-00253-SLG   Document 1   Filed 11/15/21   Page 3 of 7

D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? ____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

____ Yes _X_ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ____ Yes _X_ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____
_____
_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ ATTORNEY FEES
2. Punitive damages in the amount of $ ATTORNEY RELATED TO CASE
3. An order requiring defendant(s) to RECONCIDER BAIL
4. A declaration that DUE PROCESS TIME SERVED
5. Other: EXPEDITE CONCIDERATION

Plaintiff demands a trial by jury. _____ Yes  X  No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at GOOSE CREEK CORRECTIONAL on 11-12-21
(Location)                                               (Date)

_Kenny W. Krusnik_
(Plaintiff's Signature)

_____    _____
Original Signature of Attorney (if any)                    (Date)

_____
_____

Attorney's Address and Telephone Number

G.CCC
22301 W ALSOP RD
WASILLA AK. 99623

ALASKAN FRONTIER
995-997
12 NOV 2021 PM 1 L

United States District Court
For The District of Alaska
222 West 7th Avenue #4
Anchorage, Alaska 99513-7564

99513-750404